IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODERICK BO JACKSON, | * |
| Petitioner, | * |
| v. | Case No.  5:24-cv-230-MTT-CHW |
| | * |
| WILLIAM DANFORTH, *et al.*, | |
| | * |
| Respondents. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Coffee County, Georgia.

This 22nd day of July, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk